UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| AZAEL DYTHIAN PERALES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:10-CV-244 |
| v. ) | |
| ) | Collier/Lee |
| FEDERAL ELECTION COMMISSION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On September 2, 2010, United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 4). In the R&R, Judge Lee recommended Plaintiff's action seeking $3,000,000,000.00 in damages from various entities be dismissed. Neither party has objected to the R&R within the given 14 days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations. Accordingly, the Court **ORDERS** Plaintiff's complaint be **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**